**Donna Ann KULICH, Respondent,**

v.

**Kevin Jay KULICH, Appellant.**

No. 69377.

Missouri Court of Appeals, Eastern District, Division Two.

April 1, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 14, 1997.

Application to Transfer Denied June 17, 1997.

Kenneth S. Lay, Tremayne, Lay, Carr, Bauer & Coleman, L.L.P., Clayton, for appellant.

Mary Ann Weems, Corrine Coston, Law Offices of Mary Ann Weems, Clayton, for respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Husband appeals from a judgment in a dissolution of marriage case. The judgment is reviewable under Rule 73.01 and is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an opinion would have no precedential value. The parties are being furnished with a statement setting forth the reasons for our decision. Affirmed. Rule 84.16(b).